QUADY, Plaintiff and Respondent, vs. SICKL, Defendant: BELDEN and another, Defendants and Respondents: PANKRATZ and others, Defendants and Appellants.*

*December 4, 1951—January 8, 1952.*

For the appellants there were briefs by *Genrich & Terwilliger,* attorneys, and *Emil A. Wakeen, Walter H. Piehler,* and *Neil M. Conway* of counsel, all of Wausau, and oral argument by *Herbert Terwilliger.*

For the respondent David E. Quady there was a brief by *Spohn, Ross, Stevens & Lamb,* attorneys, and *Frank A. Ross* and *James F. Spohn* of counsel, all of Madison, and oral argument by *James F. Spohn* and *Frank A. Ross.*

For the respondents William Ellsworth Belden and Continental Casualty Company there was a brief by *Smith, Okoneski, Puchner & Tinkham* of Wausau, and oral argument by *Charles F. Smith.*

GEHL, J. This case is companion to that of David E. Quady against the same defendants named in this action, ante, p. 348, 51 N. W. (2d) 3, was brought by David E. Quady as the surviving husband of Mollie E. Quady, and was tried with it. One verdict applicable to the two cases was submitted. The facts and the result of the trial are sufficiently stated in the statement of the companion case. The provisions of the judgment appealed from are similar to those in the other case. Our conclusion there, and the reasons stated, require a like result here.

*By the Court.*—That part of the judgment awarding recovery by the plaintiff as surviving husband of Mollie E.

---

* Motion for rehearing denied, with $25 costs, on March 4, 1952. Mandate amended.

Quady against the defendant Joseph Sickl is affirmed. That part of the judgment awarding recovery by the plaintiff as surviving husband of Mollie E. Quady against the defendants Raymond John Pankratz, Hub City Jobbing Company, and Employers Mutual Liability Company of Wisconsin, is reversed with directions that as to said defendants the complaint be dismissed.*

* For amendment of mandate, see companion case, ante p. 354a.